IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JESSICA KNIGHT**                                                                                       **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 2:21-cv-109-TBM-RPM**

**CBC RECOVERY, INC.,**
*A Mississippi Corporation*                                                               **DEFENDANT**

## ORDER

This matter came before the Court on Defendant's Motion [9] to Dismiss and Amended Motion [10] to Dismiss, on August 3, 2022. At the hearing conducted in this matter on August 3, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the Defendant's Motion [9] to Dismiss and Amended Motion [10] to Dismiss should be DENIED.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on August 3, 2022, the Defendant's Motion [9] to Dismiss and Amended Motion [10] to Dismiss are DENIED.

THIS, the 3rd day of August, 2022.

                                                    TAYLOR B. McNEEL
                                                    UNITED STATES DISTRICT JUDGE